DANIEL FUCHS and JULIA F. FUCHS, Respondents, v. UNITED STATES CREMATION COMPANY, LIMITED, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

GENERAL SECURITIES CORPORATION, Appellant, v. M. D. MIRSKY & Co., INC., and Others, Respondents.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARIA GLAZAR, Respondent, v. ANTON GLAZAR, JR., and Others, Appellants.— Motion for reargument denied. The findings of fact and conclusions of law involving defendant Gallagher are not binding, because the action was discontinued as against him. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ADOLPH GOBEL, JR., Appellant, Respondent, v. GOBEL ESTATE CORPORATION and Others, Defendants, and OTTILIE GOBEL REED, etc., Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MICHAEL GOTTLIEB and Others, Respondents, v. JOHN C. ABBUEHL and Others, Defendants. ISIDOR BRENNER and DAVID SCHNEIDER, Appellants.— Motion to dismiss appeal denied for failure to comply with rule 12.█ It should be noted that the merits set forth by appellants are insufficient. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MIRIAM GROSSMAN, Respondent, v. MURRAY M. GROSSMAN, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LESLIE I. GUMPORT, INC., Respondent, v. CHARLES A. GROELL, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JULIETTE HARRIS, Respondent, v. HERMAN RAMAN, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises on the Northerly Side of Hunton Avenue, 511.70 Feet More or Less, Westerly from Merrick Road in the Fourth Ward of the Borough of Queens, City of New York, Duly Selected for School Purposes According to Law.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.